## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD DIETRICK AND           :
CATHERINE DIETRICK,           :
                              :
            Plaintiffs,       :     3:20-CV-2157
      v.                      :     (JUDGE MARIANI)
                              :
BARNETT OUTDOORS, LLC,        :
                              :
            Defendant.        :

## ORDER

**AND NOW, THIS** 30ᵗʰ **DAY OF SEPTEMBER 2021**, upon consideration of

Defendant Barnett Outdoors, LLC's "Motion to Dismiss," (Doc. 3), and all relevant

documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS**

**HEREBY ORDERED THAT:**

1. Defendant's Motion to Dismiss Plaintiffs' claim for breach of warranty (Count III) is **DENIED**;

2. Defendant's Motion to Dismiss Plaintiffs' claim for punitive damages (Count IV) is **GRANTED**.

Robert D. Mariani
United States District Judge